CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

1/31/19

JULIA C. DUDLEY, CLERK
BY: s/ ELLA SURBER
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

1:14mc2

## IN RE: PETITION FOR WAIVER OF PACER FEES.

---

Melinda Scott, a frequent pro se filer in his court, has filed a Petition seeking a waiver of PACER fees based upon her financial situation.[1] Under Judiciary Policy, such a request should be directed to the Chief Judge of the Court. Accordingly, it is **ORDERED** as follows:

1. The Clerk shall open a Miscellaneous Case File for this Petition;

2. The Petition is hereby referred to Chief Judge Michael F. Urbanski;

3. The Clerk shall provide Chief Judge Urbanski with a copy of the Petition and this Order; and

4. The Clerk shall provide a copy of this Order to Petitioner.

ENTER: January 30, 2019

/s/ James P. Jones
United States District Judge

---

[1] Since July of 2016, the Petitioner has filed ten separate pro se in forma pauperis civil actions in the Big Stone Gap and Abingdon Divisions of this court against various individuals and entities. All have been dismissed, the latest on January 24, 2019, and there are no current cases pending, although the Petitioner has appeals pending in the court of appeals.