# IN THE WESTERN DISTRICT COURT OF VIRGINIA

## ABINGDON/BIG STONE GAP DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JAN 3 0 2019

JULIA C. DUDLEY, CLERK
BY: /s/ E. Suber
DEPUTY CLERK

IN RE:   MELINDA SCOTT

### PETITION

COMES NOW, The Petitioner, Melinda Scott, and requests this Honorable Court to waive her fees[1] on Pacer.gov[2], having been granted leave to proceed *in forma pauperis*. Petitioner also requests access to this court's Pacer.gov without fees, having been granted leave to proceed *in forma pauperis*.

RESPECTFULLY

Melinda Scott, *pro-se*
PO BOX 1133-2014PMB87
Richmond, Virginia 23218
540.692.2342
mscottw@gmu.edu

---

[1] Petitioner was informed by postal mail in September 2018 the amount she was billed ($41). Pacer.gov gave her a transcript of charges but petitioner disputes the transaction history as of January 2019.
[2] Petitioner was informed in email by the staff of Pacer.gov in January 2019 that she could request by petition a waiver

Pg 1 of 1